IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIFFANY ADAIR                                                                    PLAINTIFF

v.                          No. 4:10-cv-525-DPM

PATRICK R. DONAHOE, Postmaster
General of the United States Postal Service                      DEFENDANT

JUDGMENT

Tiffany Adair's complaint is dismissed with prejudice.

*[signature]*
United States District Judge

27 March 2012