IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIFFANY ADAIR**                                                                                    **PLAINTIFF**

v.                                      No. 4:10-cv-525-DPM

**PATRICK R. DONAHOE, Postmaster**
**General of the United States Postal Service**                                   **DEFENDANT**

## JUDGMENT

Tiffany Adair's complaint is dismissed with prejudice.

_____
United States District Judge

27 March 2012